UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| ELEN IP LLC , <br><br>　　　　　　　　　Plaintiff, <br>　　　v. <br>1. ARVINMERITOR, INC.; <br>2. BEALL CORPORATION; <br>3. BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC; <br>4. HALDEX BRAKE PRODUCTS CORPORATION; <br>5. HALDEX GARPHYTTAN CORPORATION; <br>6. KENWORTH TRUCK COMPANY; <br>7. MERITOR WABCO VEHICLE CONTROL SYSTEMS; <br>8. NAVISTAR INTERNATIONAL CORPORATION; <br>9. PACCAR INC.; <br>10. PERFORMANCE TRAILERS, INC.; <br>11. PETERBILT MOTORS COMPANY; <br>12. PREVOST CAR (US), INC.; <br>13. VOLVO TRUCKS NORTH AMERICA, INC.; <br>14. WABCO HOLDINGS INC.; and <br>15. WALKER GROUP HOLDINGS LLC; <br><br>　　　　　　　　　Defendants. | Case No. 2:11-cv-00140-RSM <br><br>**STIPULATION AND ORDER RE: MODIFIED SCHEDULING ORDER** |

## I.　STIPULATION

On August 23, 2011, the Court entered an order setting forth a Modified Scheduling Order staying general discovery and setting forth deadlines for a first round of summary judgment motions. On October 25, 2011 the Court entered an Order modifying the dates

of the Modified Scheduling Order deadlines. The Parties now request that certain of the deadlines contained in that October 25 Order be extended to assist the parties in early resolution of the case.

The Parties propose the Court enter the following modified scheduling order:

1. Plaintiff shall serve Infringement Contentions on or before January 6, 2011;

2. Defendants shall file motions for summary judgment (if any) on or before January 20, 2012;

3. Plaintiff shall file responses to any motion for summary judgment filed under paragraph 2 above on or before February 10, 2012;

4. Defendants shall serve invalidity contentions on or before February 10, 2012;

5. Defendants shall file reply briefs (if any) on or before February 24, 2012;

6. The stay of general discovery shall end May 9, 2012.

7. If the above numbered cause is not resolved either through voluntary dismissal by plaintiff, stipulation of the parties, or by entry of summary judgment the Court; the parties shall submit a proposed schedule to the Court to prepare the case for claim construction and trial.

DATED this _____ day of November, 2011.

FERRING & DELUE LLP

By: s/ Daniel D. DeLue
Daniel D. DeLue, WSBA #29357
600 Stewart Street, Suite 1115
Seattle, WA 98101
P: (206) 508-3804
F: (206) 508-3817
dan@ferringdelue.com
Of Attorneys for Plaintiff

STEVENS, LOVE, HILL & HOLT, PLLC

By: s/ Gregory P. Love
Gregory P. Love, Pro Hac Vice
Todd Y. Brandt, Pro Hac Vice
Darrell G. Dotson, Pro Hac Vice
Scott E. Stevens, Pro Hac Vice
222 N. Fredonia
P.O. Box 3427
Longview, TX 75606
P: (903) 753-6760

        greg@stevenslove.com
        todd@stevenslove.com
        darrell@stevenslove.com
        scott@stevenslove.com
        Of Attorneys for Plaintiff

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | STINSON MORRISON HECKER LLP |
|---|---|
| By: per email authorization | By: per email authorization |
| Aaron M Frankel | Vicki Smith, Pro Hac Vice |
| 1177 Avenue of the Americas | 1201 Walnut Street, Suite 2900 |
| New York, NY 10036 | Kansas City, MO 64106-2150 |
| 212-715-9100 | pslicer@stinson.com |
| Email: afrankel@kramerlevin.com | vsmith@stinson.com |
| Of Attorneys for the WABCO defendant group | Of Attorneys for the Haldex defendant group |

**ORDER**

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that certain deadlines in Modified Scheduling Order entered by the Court on August 23, 2011 and modified by the Court on October 25, 2011 are extended as follows:

1. Plaintiff shall serve Infringement Contentions on or before January 6, 2012;

2. Defendants shall file motions for summary judgment (if any) on or before January 20, 2012;

3. Plaintiff shall file responses to any motion for summary judgment filed under paragraph 2 above on or before February 10, 2012;

4. Defendants shall serve invalidity contentions on or before February 10, 2012;

5. Defendants shall file reply briefs (if any) on or before February 24, 2012;

6. The stay of general discovery shall end May 9, 2012.

7. If the above numbered cause is not resolved either through voluntary dismissal by plaintiff, stipulation of the parties, or by entry of summary judgment the

Court; the parties shall submit a proposed schedule to the Court to prepare the case for claim construction and trial.

      IT IS ORDERED that the scheduling order shall be modified as laid out above.

      Dated this 29 day of November  2011.

                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Presented by:

FERRING & DELUE LLP

By: s/Daniel D. DeLue
Daniel D. DeLue, WSBA #29357
600 Stewart Street, Suite 1115
Seattle, WA 98101
P: (206) 508-3804
F: (206) 508-3817
dan@ferringdelue.com
Of Attorneys for Plaintiff

STEVENS, LOVE, HILL & HOLT, PLLC

By: s/Gregory P. Love
Gregory P. Love, Pro Hac Vice
Todd Y. Brandt, Pro Hac Vice
Darrell G. Dotson, Pro Hac Vice
Scott E. Stevens, Pro Hac Vice
111 W. Tyler Street
P.O. Box 3427
Longview, TX 75606
P: (903) 753-6760
greg@stevenslove.com
todd@stevenslove.com
darrell@stevenslove.com
scott@stevenslove.com
Of Attorneys for Plaintiff