1

The Honorable Ricardo S. Martinez

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

5

6
ELEN IP LLC,

                           Plaintiff,

7

8
            v.

9
ARVINMERITOR, INC.; BEALL
CORPORATION; BENDIX COMMERCIAL
VEHICLE SYSTEMS, LLC; BRENNER TANK
10
LLC; BULK SOLUTIONS LLC:  HALDEX
BRAKE PRODUCTS CORPORATION;
11
HALDEX GARPHYTTAN CORPORATION;
MERITOR WABCO VEHICLE CONTROL
12
SYSTEMS; NAVISTAR INTERNATIONAL
CORPORATION; PACCAR INC.;
13
PERFORMANCE TRAILER, INC.; PREVOST
CAR (US) INC.; VOLVO GROUP NORTH
14
AMERICA, LLC; WABCO HOLDINGS INC.;
and WALKER STAINLESS EQUIPMENT
15
COMPANY LLC d/b/a WALKER
TRANSPORT,
16
                         Defendants.

17

18
BRENNER TANK LLC, BULK SOLUTIONS
LLC, MERITOR WABCO VEHICLE
19
CONTROL SYSTEMS, WABCO HOLDINGS
INC. AND WALKER STAINLESS
20
EQUIPMENT CO. LLC D/B/A WALKER
TRANSPORT,
21
                 Counterclaim Plaintiffs,
22

23
            v.

24
ELEN IP LLC,

                 Counterclaim Defendant.
25

No. 2:11-cv-00140-RSM

**STIPULATION AND ORDER
RE: MOTION FOR DISMISSAL
AS TO DEFENDANTS WABCO
HOLDINGS INC. AND
MERITOR WABCO VEHICLE
CONTROL SYSTEMS, AND AS
TO THEIR CUSTOMERS
DEFENDANTS BRENNER
TANK LLC, BULK SOLUTIONS
LLC, MERITOR, INC. (F/K/A/
ARVINMERITOR, INC.) AND
WALKER STAINLESS
EQUIPMENT CO. LLC D/B/A
WALKER TRANSPORT**

**NOTED FOR
CONSIDERATION:**
**December 22, 2012**

26

27

STIPULATION AND ORDER RE: MOTION
FOR DISMISSAL AS TO WABCO DEFENDANTS
(2:11-CV-00140-RSM)        1

**STIPULATION**

Plaintiff Elen IP LLC ("Elen IP"), and Defendants WABCO Holdings Inc. and Meritor WABCO Vehicle Control Systems, and their customers Defendants Brenner Tank LLC, Bulk Solutions LLC, Meritor, Inc. (f/k/a ArvinMeritor, Inc.) and Walker Stainless Equipment Company LLC d/b/a Walker Transport, by and through their undersigned counsel, and subject to the approval of the Court, hereby move for an Order DISMISSING all claims asserted in this action, with each party to bear its own costs, expenses, and attorneys fees, as follows:

1.      WITH PREJUDICE as to Defendants WABCO Holdings Inc. and Meritor WABCO Vehicle Control Systems;

2.      WITH PREJUDICE as to the customer Defendants Brenner Tank LLC, Bulk Solutions LLC, Meritor, Inc. and Walker Stainless Equipment Company LLC d/b/a Walker Transport with respect to all past and present methods, systems, products, services and/or components (including past and present versions thereof) supplied, developed, produced, offered for sale, or sold or licensed by WABCO Holdings Inc., Meritor WABCO Vehicle Control Systems, and their affiliates, including without limitation the accused RSSplus and Roll Stability Support (RSS) products;

3.      WITHOUT PREJUDICE as to the customer Defendants Brenner Tank LLC, Bulk Solutions LLC, Meritor, Inc. and Walker Stainless Equipment Company LLC d/b/a Walker Transport for anything not covered by paragraph 2 above; and

4.      Each of the Defendants retains all rights in any challenge to the validity, enforceability and/or non-infringement of the patent currently in suit or any other patent now or later held by Plaintiff, and otherwise retains all rights to assert any other claims or defenses, if the patent currently in suit or any other patent now or later held by Plaintiff is ever asserted against any of them or any of their customers, suppliers or distributors.  In any such challenge, the customer Defendants Brenner Tank LLC, Bulk Solutions LLC, Meritor, Inc. and Walker Stainless Equipment Company LLC d/b/a Walker Transport shall not be bound by

1   any statements or admissions of WABCO Holdings, Inc. or Meritor WABCO Vehicle Control

2   Systems.

3         DATED this 22nd day of December, 2011.

4

5   KRAMER LEVIN NAFTALIS &           STEVENS, LOVE, HILL & HOLT, PLLC
    FRANKEL LLP

6                                      By: s/Darrell G. Dotson
    By: /s/ Randy Lipsitz              Gregory P. Love, Pro Hac Vice
7   Randy Lipsitz (pro hac vice)       Todd Y. Brandt, Pro Hac Vice
    Aaron M. Frankel (pro hac vice)    Darrell G. Dotson, Pro Hac Vice
8   Geoffrey G. Hu (pro hac vice)      Scott E. Stevens, Pro Hac Vice
    1177 Avenue of the Americas        111 W. Tyler Street
9   New York, New York 10036           P.O. Box 3427
    Telephone:  212.715.9100           Longview, TX 75606
10  Fax:  212.715.8000                 P: (903) 753-6760
    rlipsitz@kramerlevin.com           greg@stevenslove.com
11  afrankel@kramerlevin.com           todd@stevenslove.com
    ghu@kramerlevin.com                darrell@stevenslove.com
12                                     scott@stevenslove.com

13

14

15  CHRISTENSEN O'CONNOR              FERRING & DELUE LLP
    JOHNSON KINDNESSPLLC
16                                     By:  /s/ Daniel D. DeLue
    By:  /s/ John D. Denkenberger      Daniel D. DeLue, WSBA #29357
17  John D. Denkenberger, WSBA No.:  25,907   600 Stewart Street, Suite 1115
    1420 Fifth Avenue, Suite 2800      Seattle, WA 98101
18  Seattle, WA  98101-2347            P:  (206) 508-3804
    Telephone:  206.682.8100           F:  (206) 508-3817
19  Fax:  206.224.0779                 dan@ferringdelue.com
    john.denkenberger@cojk.com
20

21  *Attorneys for Defendants Brenner Tank LLC,*   SPANGLER LAW PC
    *Bulk Solutions LLC, Meritor, Inc., Meritor*
22  *WABCO Vehicle Control Systems, WABCO*   By: s/Andrew W. Spangler
    *Holdings Inc. and Walker Stainless*   Andrew W. Spangler, Pro Hac Vice
23  *Equipment Co. LLC d/b/a Walker Transport*   208 N. Green Street, Suite 300
                                       Longview, TX 75601
24                                     P: (903) 753-9300
                                       andrew@spanglerlawpc.com
25

26                                     *Attorneys for Plaintiff Elen IP LLC*

27

    STIPULATION AND ORDER RE: MOTION
    FOR DISMISSAL AS TO WABCO DEFENDANTS
    (2:11-CV-00140-RSM)                3

1

**[*PROPOSED*] ORDER**

2      Based on the foregoing Stipulated Motion for Dismissal of all claims asserted between

3  plaintiff, Elen IP LLC, and Defendants WABCO Holdings Inc., Meritor WABCO Vehicle

4  Control Systems, and their customers Defendants Brenner Tank LLC, Bulk Solutions LLC,

5  Meritor, Inc. (f/k/a ArvinMeritor, Inc.) and Walker Stainless Equipment Company LLC d/b/a

6  Walker Transport in this case, and the Court being of the opinion that said motion should be

7  GRANTED, it is hereby ORDERED that all claims asserted in this action by said parties are

8  hereby DISMISSED, as follows:

9      1.      WITH PREJUDICE as to Defendants WABCO Holdings Inc. and Meritor

10  WABCO Vehicle Control Systems;

11      2.      WITH PREJUDICE as to the customer Defendants Brenner Tank LLC, Bulk

12  Solutions LLC, Meritor, Inc. and Walker Stainless Equipment Company LLC d/b/a Walker

13  Transport with respect to all past and present methods, systems, products, services and/or

14  components (including past and present versions thereof) supplied, developed, produced,

15  offered for sale, or sold or licensed by WABCO Holdings Inc., Meritor WABCO Vehicle

16  Control Systems, and their affiliates, including without limitation the accused RSSplus and

17  Roll Stability Support (RSS) products;

18      3.      WITHOUT PREJUDICE as to the customer Defendants Brenner Tank LLC,

19  Bulk Solutions LLC, Meritor, Inc. and Walker Stainless Equipment Company LLC d/b/a

20  Walker Transport for anything not covered by paragraph 2 above; and

21      4.      Each of the Defendants retains all rights in any challenge to the validity,

22  enforceability and/or noninfringement of the patent currently in suit or any other patent now

23  or later held by Plaintiff, and otherwise retains all rights to assert any other claims or

24  defenses, if the patent currently in suit or any other patent now or later held by Plaintiff is ever

25  asserted against any of them or any of their customers, suppliers or distributors.  In any such

26  challenge, the customer Defendants Brenner Tank LLC, Bulk Solutions LLC, Meritor, Inc.

27  and Walker Stainless Equipment Company LLC d/b/a Walker Transport shall not be bound by

1   any statements or admissions of WABCO Holdings, Inc. or Meritor WABCO Vehicle Control

2   Systems.

3        It is further ORDERED that all attorneys fees and costs are to be borne by the party

4   that incurred them.

5

6

7        DATED this __ day of December, 2011.

8

9                                          _____

10                                         Ricardo S. Martinez
                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 22nd day of December, 2011.

/s/ Randy Lipsitz

STIPULATION AND ORDER RE: MOTION
FOR DISMISSAL AS TO WABCO DEFENDANTS
(2:11-CV-00140-RSM)                           6